UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ACCESS HEALTH CARE PHYSICIANS, LLC,**

    Plaintiff,

v.                                        Case No. 8:21-cv-2306-AAS

**IT POSSIBLE, LLC and KIRIT S. DESAI,**

    Defendant.
_____/

## ORDER

The parties filed a notice inform the court that they reached a settlement agreement "resolving all disputes among the parties." (Doc. 53). Pursuant to Local Rule 3.09(b), M.D. Fla., this case is therefore **DISMISSED without prejudice** subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment, request an extension of time, or for any party to move to reopen the action upon a showing of good cause. After 60 days, the dismissal will be with prejudice. The Clerk is directed to terminate any pending motions and deadlines and close the file.

**ORDERED** in Tampa, Florida on February 7, 2023.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1